GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Appellant, v. ROBERT H. DICKINSON, Respondent.— Judgment and order

of the County Court of Westchester county reversed and new trial ordered, costs to abide the event, upon the ground that the verdict was contrary to the evidence. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.